# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0519
LT Case No. 2019-CF-12812

_____

ANDREW DAVID,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Andrew David, Bushnell, pro se.

Ashley Moody, Attorney General, and Adam Wilson, Assistant
Attorney General, Tallahassee, for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____